UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANG HO LEE, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE CO.; and DOES 1 Through 100, Inclusive,<br><br>                Defendant. | CASE NO.: 2:14-CV-2461-BRO (SHx)<br><br>**ORDER OF DISMISSAL PER JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br><br>*Complaint Filed: July 18, 2013*<br>*Assigned for all purposes to*<br>*Hon. Beverly Reid O'Connell -*<br>*Courtroom 14*<br>*Trial Date: May 26, 2015* |

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Rules 41(a) and (c) of the Federal Rules of Civil Procedure, and based upon the Joint Stipulation of Dismissal With Prejudice of All Claims, this case is hereby DISMISSED with prejudice, with each party to bear its own attorneys' fees and court costs.

**IT IS SO ORDERED.**

Dated: April 9, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge